# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| WAYNE LEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 3:11-cv-00373-BH |
| v. | § | |
| | § | |
| PROCOLLECT, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, WAYNE LEWIS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: November 28, 2011                KROHN & MOSS, LTD.

By: /s/ Peter Cozmyk                            _
    Peter Cozmyk Esq.
    Attorney for Plaintiff
    Krohn & Moss, Ltd.
    8043 Corporate Circle
    Suite 3
    North Royalton, OH 44133
    Bar No: 0078862

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on November 28, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

/s/Peter Cozmyk
    Peter Cozmyk, Esq.
    Attorney for Plaintiff