IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WAYNE LEWIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-373-BH |
| | § | |
| PROCOLLECT, INC., | § | |
| | § | |
| Defendant. | § | Consent Case |

## ORDER OF DISMISSAL

Pursuant to the order dated April 22, 2011, this matter was transferred for the conduct of all further proceedings and the entry of judgment. Based on upon the *Stipulation of Dismissal* filed December 28, 2011 (doc. 27) signed by all appearing parties pursuant to Fed. R. Civ. P. 41(a)(1), this matter is hereby dismissed with prejudice, with both sides to bear their own fees and costs.

**SO ORDERED** on this 30th day of December, 2011.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE